1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   BRIAN M. DAUCHER, Cal. Bar No. 174212
3  ADRIENNE W. LEE, Cal. Bar No. 265617
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
5  Facsimile:  714.513.5130
   Email:      bdaucher@sheppardmullin.com
6              alee@sheppardmullin.com

7  *Attorneys for Defendant*
   *TERVIS TUMBLER COMPANY, INC.*
8

9  MUNGER TOLLES & OLSON LLP
   STEVEN M. PERRY, Cal. Bar No. 106154
10 GLENN D. POMERANTZ, Cal. Bar No. 112503
   355 South Grand Avenue, 35th Floor
11 Los Angeles, California 90071-1560
   Telephone:  213.683.9100
12 Facsimile:  213.687.3702
   Email:      steven,perry@mto.com
13             glenn.pomerantz@mto.com

14 *Attorneys for Defendant*
   *NBA PROPERTIES, INC.*

JS-6

15

16                    UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

| | |
|---|---|
| 19  BRUCE H. SINGMAN, | Case No. 2:13-cv-5675-ABC SHx |
| 20         Plaintiff, | [**PROPOSED**] JUDGMENT |
| 21     v. | |
| 22  NATIONAL BASKETBALL ASSOCIATION PROPERTIES, INC., | |
| 23  TERVIS TUMBLER COMPANY, INC. and DOES 1 through 10, | |
| 24  inclusive, | |
| 25         Defendants. | |

26

27

28

The court having entered its January 17, 2014 Order granting the defendants' motions to dismiss and dismissing with prejudice all claims asserted by plaintiff against the defendants,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is hereby entered under F.R.Civ.Pro. 12(b)(6), 54 and 58, that plaintiff shall take nothing on its claims against Tervis Tumbler Company, Inc. and NBA Properties, Inc. and that defendants Tervis Tumbler Company, Inc. and NBA Properties, Inc. are entitled to recover their costs.

IT IS SO ORDERED.

Dated:  February 5, 2014

*Audrey B. Collins*

_____

THE HONORABLE AUDREY B. COLLINS

UNITED STATES DISTRICT COURT JUDGE